# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON DIVISION

IN RE:                                                            Case No. 25-11123-CMG
                                                                        Chapter 13

Latish L. Kinsler
Alicia D. Bulluck aka Alicia Bulluck-Kinsler

Debtor(s).

## NOTICE OF APPEARANCE

**RRA CP Opportunity Trust 1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                                 By:    /s/ Steven K. Eisenberg
                                                                    Steven K. Eisenberg, Esquire
                                                                    Bar No: 009221995
                                                                    Stern & Eisenberg, PC
                                                                    1581 Main Street, Ste. 200
                                                                    The Shops at Valley Square
                                                                    Warrington, PA 18976
                                                                    Phone: 215-572-8111
                                                                    Fax: 215-572-5025
                                                                    seisenberg@sterneisenberg.com
                                                                    Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of August, 2025, to the following:

Yakov Rudikh
Rudikh and Associates
14 Woodward Drive
Suite 204
Old Bridge, NJ 08857
rudikhlawgroup@gmail.com
***Attorney for Debtor(s)***

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Latish L. Kinsler
5 Nevius Place
Somerset, NJ 08873

Alicia D. Bulluck aka Alicia Bulluck-Kinsler
5 Nevius Place
Somerset, NJ 08873
***Debtor(s)***

                By:      /s/ Steven K. Eisenberg
                     Steven K. Eisenberg, Esquire