| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank, et al. | |
| In Re:<br><br>Latish L. Kinsler & Alicia D. Bulluck,<br><br>Debtor | Case No.:       25-11123-CMG<br><br>Chapter:              13<br><br>Hearing Date:    09/24/2025<br><br>Judge:              Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 44)

Date: 09/18/2025                                             /s/ Denise Carlon
                                                             Signature

*rev.8/1/15*