UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
(215)627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
Deutsche Bank National Trust Company, as Trustee
for HarborView Mortgage Loan Trust 2004-11
Mortgage Loan Pass-Through Certificates, Series
2004-11

**Order Filed on September 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Alicia D. Bulluck aka Alicia Bulluck-Kinsler Latish
L. Kinsler

Debtors

Case No.:  25-11123 CMG

Hearing Date: 9/24/2025 @ 10:00 a.m.

Judge:  Christine M. Gravelle

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 25, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Alicia D. Bulluck aka Alicia Bulluck-Kinsler & Latish L. Kinsler |
| Case No.: | 25-11123 CMG |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11, holder of a mortgage on real property located at 5 Nevius Place, Franklin Township, NJ, 08873, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Yakov Rudikh, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by December 17, 2025, or as may be extended by a modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor are  to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to pay the arrears while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if loss mitigation is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, selling the property, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.