UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SB-2302-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North
Suite 200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

In Re:

LATISH L. KINSLER
ALICIA D. BULLUCK



Order Filed on October 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-11123

Adv. No.

Hearing Date: 10-15-25

Judge: (CMG)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 31, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtors: Latish Kinsler and Alicia Bulluck
Case No: 25-11123
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), with the appearance of Yakov Rudikh, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Chrysler Capital is the holder of a first purchase money security interest encumbering a 2018 Jeep Grand Cherokee bearing vehicle identification number 1C4RJFBG3JC333231.**
2. **That the Debtors' account has arrears through September 2025 in the amount of $3,061.25.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above plus the October 2025 payment of $875.75 (for a total of $3,937.00) by November 15, 2025 or Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**
4. **That commencing November 2025, if the Debtors fail to make any payment to Chrysler Capital within thirty (30) days after it falls due, Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

**(Page 3)**

Debtors: Latish Kinsler and Alicia Bulluck

Case No: 25-11123

Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander/Chrysler Capital must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Chrysler Capital shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**
6. **That the Debtors are to pay a counsel fee of $449.00 to Chrysler Capital through their Chapter 13 Plan.**