**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SB-2302-C

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North

Suite 200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for Santander Consumer USA Inc. dba Chrysler Capital

In Re:

LATISH L. KINSLER
ALICIA D. BULLUCK

Order Filed on October 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-11123

Adv. No.

Hearing Date: 10-15-25

Judge: (CMG)

**ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 31, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtors: Latish Kinsler and Alicia Bulluck
Case No: 25-11123
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), with the appearance of Yakov Rudikh, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Chrysler Capital is the holder of a first purchase money security interest encumbering a 2018 Jeep Grand Cherokee bearing vehicle identification number 1C4RJFBG3JC333231.**
2. **That the Debtors' account has arrears through September 2025 in the amount of $3,061.25.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above plus the October 2025 payment of $875.75 (for a total of $3,937.00) by November 15, 2025 or Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**
4. **That commencing November 2025, if the Debtors fail to make any payment to Chrysler Capital within thirty (30) days after it falls due, Chrysler Capital shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtors: Latish Kinsler and Alicia Bulluck
Case No: 25-11123
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander/Chrysler Capital must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Chrysler Capital shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**
6. **That the Debtors are to pay a counsel fee of $449.00 to Chrysler Capital through their Chapter 13 Plan.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 25-11123-CMG
Latish L. Kinsler     Chapter 13
Alicia D. Bulluck
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 31, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latish L. Kinsler, Alicia D. Bulluck, 5 Nevius Place, Somerset, NJ 08873-7360 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Daniel E. Straffi
    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Rachel Wolf
    on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Steven Eisenberg
    on behalf of Creditor RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions Inc., as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

Yakov Rudikh
    on behalf of Debtor Latish L. Kinsler rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
    on behalf of Joint Debtor Alicia D. Bulluck rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 10