Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

Case No.:  25−11123−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Latish L. Kinsler
5 Nevius Place
Somerset, NJ 08873

Alicia D. Bulluck
aka Alicia Bulluck−Kinsler
5 Nevius Place
Somerset, NJ 08873

Social Security No.:
    xxx−xx−3295

    xxx−xx−6042

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
        Debtor and Joint Debtor was entered on December 19, 2025.

        Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from
the date of this Order.

        This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: December 19, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-11123-CMG

Latish L. Kinsler                                                                         Chapter 13

Alicia D. Bulluck

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 5

Date Rcvd: Dec 19, 2025                       Form ID: 148                                   Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latish L. Kinsler, Alicia D. Bulluck, 5 Nevius Place, Somerset, NJ 08873-7360 |
| aty | | Evan Durkovic, Aldridge Pite LLP, 333 Camino del Rio South, Suite 225, San Diego, CA 92108 |
| cr | + | RRA CP Opportunity Trust 1, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520540435 | + | Adventure Funding, PO BOX 773653, Pompano Beach, FL 33077-3653 |
| 520540437 | + | Afha & Agha, LLP, 7 Lincoln Highway, Suite 214, Edison, NJ 08820-3965 |
| 520540438 | + | Andrew Grahlich, Esq., 50 Park Place, Suite 825, Newark, NJ 07102-4307 |
| 520540441 | + | CCI Contract Callers Inc., 2829 Philmont Ave, Huntingdon Valley, PA 19006-5304 |
| 520540443 | + | Codispoti & Associates, 81 Court St 5th Floor, Newark, NJ 11201-5003 |
| 520540448 | + | Denise Coy, 50 Park Place, Suite 825, Newark, NJ 07102-4307 |
| 520540450 | #+ | Dunne, Dunne & Cohen, LLC, 683 Kearny Ave, Kearny, NJ 07032-3022 |
| 520790851 | + | Ford Motor Credit Company LLC, PO Box 987, Marlton, NJ 08053-0987 |
| 520540464 | + | Nassau County Supreme Court, 100 Supreme Ct D, Mineola, NY 11501-4802 |
| 520540469 | + | Pac Western Financial, 222 S Main St 5th Floor, Salt Lake City, UT 84101-2185 |
| 520540470 | + | Panthers Capital, LLC, 185 Carrier St, Liberty, NY 12754-2124 |
| 520540472 | + | Public Service Electric & Gas, 501 Greene Street, Suite 302, Augusta, GA 30901-4415 |
| 520540474 | + | Rengcol93 Investments, LLC, 7 Lincoln Highway, Suite 214, Edison, NJ 08820-3965 |
| 520540476 | + | Somerset County Chancery Division, 20 N Bridge St, Somerville, NJ 08876-2111 |
| 520540477 | + | Somerset County Special Civil Part, 40 N. Bridge St. 1st FL, Somerville, NJ 08876-2111 |
| 520540479 | + | Supreme Court County of New York, 60 Centre St, New York, NY 10007-1402 |
| 520540482 | + | The Feldman Law Firm, P.C, 147 Willis Ave, Mineola, NY 11501-2660 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 19 2025 20:59:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520540436 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 19 2025 21:02:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| | | | |
|---|---|---|---|
| 520540451 | | EDI: BANKAMER | |
| | | Dec 20 2025 01:34:00 | Fia Card, 1100 N King St, Wilmington, DE 19884 |
| 520540439 | + | Email/Text: jorleidy@bittyadvance.com | |
| | | Dec 19 2025 20:58:00 | Bitty Advance, 1855 Griffin Road, #A-474, Dania, FL 33004-2241 |
| 520697996 | + | Email/Text: jorleidy@bittyadvance.com | |
| | | Dec 19 2025 20:58:00 | Bitty Advance 2, LLC, 1855 Griffin Road Suite A-474, Dania Beach, FL 33004-2241 |
| 520785755 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 19 2025 21:02:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520540440 | + | EDI: CAPITALONE.COM | |
| | | Dec 20 2025 01:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520701476 | + | EDI: AIS.COM | |
| | | Dec 20 2025 01:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520786628 | + | Email/Text: bankruptcy@cavps.com | |
| | | Dec 19 2025 20:59:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520540442 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Dec 19 2025 20:59:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 520540444 | + | EDI: WFNNB.COM | |
| | | Dec 20 2025 01:34:00 | Comenity/Century 21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520540445 | + | EDI: WFNNB.COM | |
| | | Dec 20 2025 01:34:00 | Comenitycapital/sakscc, Po Box 182120, Columbus, OH 43218-2120 |
| 520540446 | + | EDI: CCS.COM | |
| | | Dec 20 2025 01:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520540447 | + | Email/Text: bankruptcy@dedicatedgbc.com | |
| | | Dec 19 2025 20:58:00 | Dedicated Financial GBC, 4000 Lexington Ave North, Suite 125, Saint Paul, MN 55126-3153 |
| 520540449 | + | EDI: LCIPHHMRGT | |
| | | Dec 20 2025 01:34:00 | Deutsche Bank National, 1661 Worthington Road Suite 100, West Palm Beach, FL 33409-6493 |
| 520786001 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Dec 19 2025 20:57:00 | Deutsche Bank National Trust Company, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520540452 | + | Email/Text: contact@fiwlaw.com | |
| | | Dec 19 2025 20:58:00 | Frederic I. Weinberg & Associates, P.C, 375 E Elm St STE 210, Conshohocken, PA 19428-1973 |
| 520540453 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Dec 19 2025 20:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520540455 | | EDI: IRS.COM | |
| | | Dec 20 2025 01:34:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 520770379 | | EDI: JEFFERSONCAP.COM | |
| | | Dec 20 2025 01:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520766731 | + | Email/Text: RASEBN@raslg.com | |
| | | Dec 19 2025 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520540457 | + | EDI: JPMORGANCHASE | |
| | | Dec 20 2025 01:34:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520540458 | + | EDI: CAPITALONE.COM | |
| | | Dec 20 2025 01:34:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520783094 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 19 2025 21:02:51 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520540459 | + | Email/Text: NY-Bankruptcy@lgbs.com | |
| | | Dec 19 2025 20:58:00 | Linebarger Goggan Blair & Sampson, LLP, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520540462 | | Email/Text: EBN@Mohela.com | |
| | | Dec 19 2025 20:57:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |

District/off: 0312-3                         User: admin                                              Page 3 of 5
Date Rcvd: Dec 19, 2025                      Form ID: 148                                          Total Noticed: 74

| | | | | |
|---|---|---|---|---|
| 520782201 | | Email/Text: EBN@Mohela.com | Dec 19 2025 20:57:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520540460 | + | Email/Text: kevin.styles@njcourts.gov | Dec 19 2025 20:58:00 | Middlesex County Special Civil Part, P.O. Box 1146, New Brunswick, NJ 08903-1146 |
| 520777171 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2025 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520540461 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2025 20:58:00 | Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 520540463 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 19 2025 20:57:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520540467 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 19 2025 20:57:00 | New Jersey E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 520540465 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 19 2025 20:59:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520540468 | + | EDI: AGFINANCE.COM | Dec 20 2025 01:34:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520722506 | + | EDI: AGFINANCE.COM | Dec 20 2025 01:34:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520775916 | | EDI: PRA.COM | Dec 20 2025 01:34:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 520540471 | | Email/Text: signed.order@pfwattorneys.com | Dec 19 2025 20:57:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520702746 | | EDI: Q3G.COM | Dec 20 2025 01:34:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520540473 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 19 2025 20:59:00 | Real Time Resolutions, 1349 Empire Central Drive Suite 1300, Dallas, TX 75247-4073 |
| 520540466 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 19 2025 20:57:00 | New Jersey Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 520707824 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 19 2025 20:57:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520763413 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 19 2025 20:59:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 520540475 | + | Email/Text: bknotices@security1stbank.com | Dec 19 2025 20:58:00 | Security First Bank, 5505 Red Rock Lane, Lincoln, NE 68516-3285 |
| 520540478 | ^ | MEBN | Dec 19 2025 20:45:11 | Steven Zakharyayev, Esq., 10 W. 37th Street, Room 602, New York, NY 10018-7473 |
| 520786618 | + | EDI: AIS.COM | Dec 20 2025 01:34:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520540480 | + | EDI: SYNC | Dec 20 2025 01:34:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520540481 | | EDI: TDBANKNORTH.COM | Dec 20 2025 01:34:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 520540483 | + | Email/Text: legal@thelcfgroup.com | Dec 19 2025 20:58:00 | The LCF Group, 3000 Marcus Ave, Ste 2W15, New Hyde Park, NY 11042-1005 |
| 520572666 | + | Email/Text: legal@thelcfgroup.com | Dec 19 2025 20:58:00 | The LCF Group, Inc., 3000 Marcus Avenue, Suite 2W15, Lake Success, NY 11042-1005 |
| 520540484 | | Email/Text: bankruptcynotice@unifininc.com | Dec 19 2025 20:58:00 | Unifin, Inc., PO Box 4519, Skokie, IL 60076 |
| 520779925 | + | EDI: AIS.COM | Dec 20 2025 01:34:00 | Verizon, by AIS InfoSource LP as agent, 4515 N |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 148 | Total Noticed: 74 |

Santa Fe Ave, Oklahoma City, OK 73118-7901

520540485        + EDI: WFHOME

Dec 20 2025 01:34:00      Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home
Campus Mac X2303-01a 3rd Floor, Des Moines,
IA 50328-0001

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520540456 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 520540454 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520742207 | *+ | PAC WESTERN FINANCIAL LLC, 222 S MAIN ST. 5TH FLOOR, SALT LAKE CITY, UT 84101-2185 |
| 520617294 | ##+ | Adventure Funding Group LLC, 6299 West Sunrise Blvd, Ste 107, Plantation, FL 33313-6153 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Steven Eisenberg | on behalf of Creditor RRA CP Opportunity Trust 1 bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions  Inc., as agent for RRA CP Opportunity Trust 1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

Yakov Rudikh
    on behalf of Joint Debtor Alicia D. Bulluck rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
    on behalf of Debtor Latish L. Kinsler rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com


TOTAL: 10